# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRAVELODGE HOTELS, INC., a Delaware Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>PORTLAND HOTELS, INC., a Maine Corporation; KAMLESH PATEL, an individual; ROHIT PATEL, an individual; DINESH PATEL, an individual; and AMRUTLAL PATEL, an individual,<br><br>*Defendants*. | Civil No.: 20-cv-01588 (KSH) (CLW)<br><br>**ORDER GRANTING MOTION FOR FINAL JUDGMENT BY DEFAULT AND ENTERING FINAL JUDGMENT BY DEFAULT** |

**THIS MATTER** having been opened to the Court by plaintiff Travelodge Hotels, Inc. ("THI"), seeking entry of final judgment by default against entity defendant Portland Hotels, Inc. and individual defendants Kamlesh Patel, Rohit Patel, Dinesh Patel, and Amrutlal Patel pursuant to Fed. R. Civ. P. 55(b)(2); and the complaint in this matter having been filed on February 14, 2020, seeking damages as a result of the breach of a license agreement between THI and defendants; and service of summons and complaint having been effectuated with respect to each of the defendants; and default having been entered by the Clerk of the Court on May 22, 2020 against defendants for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and for the reasons set forth in the opinion filed herewith,

1

**IT is** on this 5th day of May, 2021,

**ORDERED** that THI's motion for final judgment by default (D.E. 10) is GRANTED; and it is further

**ORDERED, ADJUDGED, AND DECREED** that THI have judgment against defendants, jointly and severally, in the total amount of $208,724.81, which is comprised of: (a) $172,417.22 for liquidated damages (principal plus prejudgment interest); and (b) $36,307.59 for recurring fees (principal plus prejudgment interest).

                                                /s/ Katharine S. Hayden
                                                Katharine S. Hayden, U.S.D.J.