**RUBIN and RUDMAN LLP**
Attorneys at Law

53 STATE STREET | BOSTON, MA 02109 | P:617-330-7000
600 UNICORN PARK DRIVE | WOBURN, MA 01801 | P:781-933-5505

Robert S. Hillson, II
Direct Dial: 617-330-7102
E-mail: rhillson@rubinrudman.com
Return Address: Boston

August 25, 2021

Mr. Robert M. Farrell
Clerk of the Court
USDC District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

> **Re:** CA No. 20-CV-01588 (KSH) (CLW); <u>Travelodge Hotels, Inc. v. Portland Hotels; Kamlesh Patel; Rohit Patel; Dinesh Patel; and Amrutlal Patel</u>; Registration of Foreign Judgment from the United States District Court for the District of New Jersey
> - **USDC MA Case No. 21-11397**

Dear Mr. Farrell:

Enclosed for registration with your Court, please find (1) the Order granting Plaintiff's motion for final judgment by default and entering final judgment by default against the Defendants.

The Defendant/Debtors names and addresses are provided below and are as follows:

- Dinesh Patel – owns properties located at 87 Favorite Lane, East Longmeadow, MA 01028 and 79 Lynnwood Drive, Longmeadow, MA 01106.

- Kamlesh Patel – owns the property located at 276 College Farm Road, Waltham, MA 02451.

Please do not hesitate to reach out for any additional information. Thank you.

Very truly yours,

*Robert S. Hillson II*

Robert S. Hillson, II

cc:  Michelle Lynch

2925265_1